## Commonwealth v. Bridell, Appellant.

Submitted September 22, 1970. *Marvin R. Halbert,* and

*Halbert, Kanter, Hirschhorn & Gilson,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.